# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRENDA WOODS,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC.; WAL-MART STORES EAST, LP; and WAL-MART REAL ESTATE BUSINESS TRUST,<br><br>    Defendants. | No. 2:25-cv-2342-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed March 26, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 22), filed September 5, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 29, 2025
Date